# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH JOHNSON,

     Petitioner

v.

JERRY HOWLER, et al.,

     Respondents

Case No.: 2:19-cv-00013-APG-NJK

**Order**

On January 15, 2019 I denied petitioner Keith Johnson's application to proceed in forma pauperis and directed him to pay the $5.00 filing fee within 30 days. ECF No. 4. More than the allotted time has elapsed, and Johnson has not paid the filing fee nor contacted the court in any way. Accordingly, the petition shall be dismissed without prejudice for failure to comply with my order to pay the filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the habeas petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

Dated: May 8, 2019.

_____
U.S. District Judge Andrew P. Gordon