# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH JOHNSON,<br><br>　　　　Petitioner,<br><br>v.<br><br>JERRY HOWLER, et al.,<br><br>　　　　Respondents. | Case No.: 2:19-cv-00013-APG-NJK<br><br>**Order** |

On January 15, 2019 I denied petitioner Keith Johnson's application to proceed in forma pauperis and directed him to pay the $5.00 filing fee within 30 days. ECF No. 4. More than the allotted time passed, and Johnson did not pay the filing fee or contact the court in any way. Thus, on May 8, 2019 I dismissed the petition without prejudice for failure to comply with the order, and judgment was entered. ECF Nos. 5, 6. Johnson has now paid the filing fee. *See* ECF No. 8. However, this case is closed. If Johnson wishes to pursue a habeas action, he must submit a new habeas petition in a new action with a new case number and either pay the filing fee or submit a fully completed application to proceed in forma pauperis.

IT IS THEREFORE ORDERED that the Clerk **SHALL REFUND** the $5.00 filing fee to petitioner (see ECF No. 8).

Dated: May 21, 2019

_____
U.S. District Judge Andrew P. Gordon